IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40215
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICENTE CABALLERO-RODRIGUEZ,
also known as Antonio D. Toribio,

Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-409-1

--------------------
October 19, 2000

Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The federal public defender appointed to represent Vicente Caballero-Rodriguez has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Caballero-Rodriguez has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED. Counsel is excused from further responsibilities

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.